York City, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. GOLDING, Appellant, v. BOARD OF EDUCATION OF CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. February 21, 1913.) Proceeding by the People of the State of New York, on the relation of James M. Golding, against the Board of Education of the City of New York, and another. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. KNOENER v. JOHNSON, Com'r. (Supreme Court, Appellate Division, First Department. February 21, 1913.) Proceeding by the People of the State of New York on the relation of George W. Knoener, against Joseph Johnson, as Commissioner. L. Leale, of New York City, for relator. H. Crone, of New York City, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. LANG, Appellant, v. SISTERS, CUSTODIANS, AND MANAGERS OF ST. ANN'S SCHOOL OF INDUSTRY AND REFORMATORY OF GOOD SHEPHERD, AT ALBANY, Respondents. (Supreme Court, Appellate Division, Third Department. March 5, 1913.) Proceeding by the People of the State of New York, on the relation of Laura Lang, against the Sisters, Custodians, and Managers of St. Ann's School of Industry and the Reformatory of the Good Shepherd, at Albany. No opinion. Final order unanimously affirmed.

PEOPLE ex rel. MILLS v. BOARD OF EDUCATION OF CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. March 20, 1913.) Proceeding by the People of the State of New York, on the relation of Joseph W. Mills, against the Board of Education of the City of New York. No opinion. Order and determination of the Board of Education confirmed, and writ dismissed, without costs.

PEOPLE ex rel. MOULTON, Respondent, v. CHESHIRE, County Clerk, Appellant. (Supreme Court, Appellate Division. Second Department. February 21, 1913.) Proceeding by the People of the State of New York, on the relation of Daniel A. Moulton, against Thomas S. Cheshire, County Clerk of Nassau County.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

JENKS, P. J., dissents.

PEOPLE ex rel. MURPHY, Appellant, v. KRAFT et al., Civil Service Commission, Respondents. (Supreme Court, Appellate Division, Third Department. March 14, 1913.) Proceeding by the People of the State of New York, on the relation of Charles F. Murphy, against John E. Kraft and others, constituting the Civil Service Commission of the State of New York. No opinion. Motion granted. See, also, 140 N. Y. Supp. 498.

PEOPLE ex rel. OSHRIN, Appellant, v. WHITMAN, Dist. Atty., Respondent. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Proceeding by the People of the State of New York, on the relation of Harry H. Oshrin, against Charles S. Whitman, District Attorney. A. J. Levy, of New York City, for appellant. S. L. Richter, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. PARKER v. PARKER. (Supreme Court, Appellate Division. First Department. March 28, 1913.) Appeal from Special Term, New York County. Proceeding by the People of the State of New York, on the relation of Nancy C. Parker, against George M. Parker. From an order awarding custody of children, both parties appeal. Modified and affirmed. Henry Levis, of New York City, for relator. H. S. Marshall, of New York City, for defendant.

PER CURIAM. The order should be modified, so as to award the custody of all the children to the defendant George M. Parker, with leave to the relator to see the youngest child, such as is given to her to see the other two children by the order appealed from, and by further providing that the relator may renew her application upon proof of a reformation as to her personal habits. As so modified, the order is affirmed, without costs.

PEOPLE ex rel. PRICE, Respondent, v. CREELMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. February 14, 1913.) Proceeding by the People of the State of New York, on the relation of Frederick M. Price, against James Creelman and others. T. Farley, of New York City, for appellants. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, on the authority of People ex rel. Smith v. Creelman, 149 App. Div. 716, 134 N. Y. Supp. 395. Order filed.

PEOPLE ex rel. ROMANN, Appellant, v. BOARD OF EDUCATION OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. March 28, 1913.) Proceeding by the People of the State of New York, on the relation of Norma Romann, against the Board of Education of New York. D. R. O'Brien, of New York City, for appellant. C. McIntyre, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. SHANE v. GITTENS. (Supreme Court, Appellate Division, Second Department. February 21, 1913.) Proceeding

by the People of the State of New York, on the relation of Paul Shane, against Charles F. Gittens, Justice of the Peace, etc. No opinion. Order (78 Misc. Rep. 7, 137 N. Y. Supp. 670) affirmed, without costs.

PEOPLE ex rel. SOHN, Appellant, v. MASHBICHER CONGREGATION, Respondent. (Supreme Court, Appellate Division, First Department. February 14, 1913.) Proceeding by the People of the State of New York, on the relation of Louis Sohn, against the Mashbicher Congregation. M. Schleimer, of New York City, for appellant. M. Kaufman, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 152 App. Div. 948, 138 N. Y. Supp. 1137.

PEOPLE ex rel. SOHN v. MASBICHER CONGREGATION. (Supreme Court, Appellate Division, First Department. March 14, 1913.) Proceeding by the People of the State of New York, on the relation of Louis Sohn, against the Masbicher Congregation. No opinion. Motion denied, with $10 costs. Order filed. See, also, 140 N. Y. Supp. 1140.

PEOPLE ex rel. STRAKAC et al., Appellants, v. GAYNOR, Mayor, Respondent. (Supreme Court, Appellate Division, First Department. March 28, 1913.) Proceeding by the People of the State of New York, on the relation of Frank Strakac and another, against William J. Gaynor, as Mayor, etc. L. R. Lawlor, of New York City, for appellants. W. E. C. Mayer, of Brooklyn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. WILLARD, Respondent, v. GENERAL REDUCTION CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. March 28, 1913.) Proceeding by the People of the State of New York, on the relation of Frank P. Willard, against the General Reduction Company and others. G. E. Joseph, of New York City, for appellants. C. S. Stern, of New York City, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Order filed.

PEOPLE'S TRUST CO., Appellant, v. SMITH et al., Respondents. (Supreme Court, Appellate Division, Second Department. February 21, 1913.) Action by the People's Trust Company against John W. Smith and others. No opinion. Judgment affirmed, with costs.

PERRY v. HUDSON & M. R. CO. (Supreme Court, Appellate Division, First Department. April 4, 1913.) Appeal from Trial Term, New York County. Action by Mary Perry against the Hudson & Manhattan Railroad Company. From an order setting aside a verdict and granting a motion for a new trial for newly discovered evidence (77 Misc. Rep. 646, 138 N. Y. Supp. 547), plaintiff appeals. Reversed, and verdict reinstated. John J. Welsh, of Brooklyn, for appellant. Walter L. Glenney, of New York City, for respondent.

PER CURIAM. The evidence upon which this motion was made fails to state any newly discovered evidence which would justify the court in setting aside the verdict and granting a new trial. The order appealed from is therefore reversed, with $10 costs and disbursements, and the verdict reinstated.

POEL et al. v. HILLS et al. (Supreme Court, Appellate Division, First Department. March 20, 1913.) Action by Frans Poel and another against William Hills and another. A. C. Thayer, of New York City, for plaintiffs. M. Conboy, of New York City, for defendants. No opinion. Exceptions overruled, motion for new trial denied, and judgment directed on verdict, with costs. Settle order on notice.

POLISH SOCIALIST ALLIANCE, Appellant, v. SLOWIK, Respondent. (Supreme Court, Appellate Division, First Department. March 28, 1913.) Action by the Polish Socialist Alliance against Edward Slowik. E. Rosenthal, of New York City, for appellant. E. Herrmann, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

POLSON MFG. CO., Respondent, v. BUFFALO KISSEL KAR CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 5, 1913.) Action by the Polson Manufacturing Company against the Buffalo Kissel Kar Company.

PER CURIAM. Judgment and order of Special Term and judgment of City Court reversed, and a new trial granted in the City Court, with costs to appellant to abide event. New trial to be had in the City Court on the 19th day of March, 1913, at 10 a. m. Held that, the issue as to the automobile body not having been decided by the judge of the City Court, and the facts being in dispute, it was error for the Special Term to determine that issue and modify the judgment. The judgment of the City Court should have been reversed, and a new trial granted. See Duclos v. Kelley, 197 N. Y. 76, 89 N. E. 875; Farrell v. Farrell, 205 N. Y. 450, 98 N. E. 857; Putnam v. Lincoln Safe Deposit Company, 191 N. Y. 166, 83 N. E. 789.

POST, Appellant, v. LOGAN, Respondent. (Supreme Court, Appellate Division, First Department. March 28, 1913.) Action by James H. Post, individually, etc., against William J. Logan. A. H. Larkin, of New York City, for appellant. J. M. Gifford, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

POTTER et al., Respondents, v. PARK CO., Appellant. (Supreme Court, Appellate Division, First Department. March 28, 1913.) Ac-